IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,

　　　　Plaintiff,

　v.

RENAUD LAPLANCHE, CARRIE DOLAN, AND LENDINGCLUB CORPORATION,

　　　　Defendants.

No. C 16-02670 WHA

**ORDER REQUESTING FILING OF NOTICE OF PUBLICATION**

Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported class period . . . ."

By **NOON ON JUNE 29, 2016**, please file a copy of the notice of publication. The date on which the notice was published should be clearly indicated.

**IT IS SO ORDERED.**

Dated: June 27, 2016.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE