**United States District Court**

For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   In re                                          No. C 16-02627 WHA
                                                    No. C 16-02670 WHA
11      LENDINGCLUB SECURITIES                       No. C 16-03072 WHA
        LITIGATION.
12                                                  (CONSOLIDATED)
                                          /
13

14   This Document Relates to:                      **ORDER DENYING
                                                    DESIGNATION OF CASES
15      ALL ACTIONS.                                AS RELATED**

                                          /
16

17          The Court has reviewed the Sua Sponte Judicial Referral for Purpose of Determining

18   Relationship of Cases (re: *Veal v. LendingClub*, Case No. C 18-02599 BLF) (Dkt. No. 385), the

19   Opposition to Designation of Cases as Related (Dkt. No. 387), and Defendant's Response to

20   Request for Response re Referral for Determining Relationship (Dkt. No. 390).

21          The claims are different between the two cases and therefore we will not relate *Veal v.*

22   *LendingClub*.  This order acknowledges, however, that the undersigned judge may have made a

23   mistake in approving the settlement with the given released claims.  Normally, the undersigned

24   would have required that the release be limited to the claims asserted.  But here, the plaintiffs

25   and defendants have gotten away with releasing claims extending beyond the allegations set

26   forth in the present action.  The Court regrets that it missed this distinction and regrets that

27   counsel did not bring it to his attention during the approval process.  Nevertheless, the

28

1    undersigned is not the designated judge for all LendingClub cases and there is otherwise no basis

2    to relate the two.

3

4        **IT IS SO ORDERED.**

5

6    Dated:  August 6, 2018.                                    _____

7                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California